KATHLEEN BALES-LANGE, #094765
Tulare County Counsel
TERESA M. SAUCEDO, #093121
Chief Deputy County Counsel
KATHLEEN A. TAYLOR, #131100
Deputy County Counsel
2900 W. Burrel Avenue
Visalia, CA 93291
Phone: (559) 636-4950
Fax: (559) 737-4319
Email: ktaylor@co.tulare.ca.us

Attorneys for County of Tulare

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL HILLS,<br><br>　　　　　　Plaintiff(s),<br>v.<br><br>COUNTY OF TULARE, and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 1:10-CV-01775-LJO-SMS<br><br>STIPULATION OF PARTIES TO EXTEND TIME TO FILE ANSWER TO COMPLAINT; AND ORDER |

　　　　The parties to the above-entitled matter hereby stipulate and agree as follows:

　　　　1.　　Plaintiff hereby grants an extension of time up to and including NOVEMBER 22, 2010, in which Defendant COUNTY OF TULARE can file its answer to Plaintiff's Complaint.

Dated: October 29, 2010　　　　　　　　　　　CENTER FOR DISABILITY ACCESS
　　　(As authorized by email 10/29/10)


　　　　　　　　　　　　　　　　　　　　　　/s/ Mark D. Potter
　　　　　　　　　　　　　　　　　　　　　　Mark D. Potter,
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

///

///

---

1

Stipulation of the Parties to Extend Time to File Answer

County Counsel
Tulare County
Visalia, California

PDF created with pdfFactory trial version www.pdffactory.com

Dated: October 22, 2010                    KATHLEEN BALES-LANGE
                                           Tulare County Counsel


                                           By /s/ Kathleen A. Taylor
                                             KATHLEEN A. TAYLOR
                                             Chief Deputy County Counsel
                                             Attorneys for Defendant


IT IS SO ORDERED.

Dated:  November 15, 2010                   /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE




SMC/10/22/2010/20101581/

---

2

Stipulation of the Parties to Extend Time to File Answer

PDF created with pdfFactory trial version www.pdffactory.com