IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HILLS, | CASE NO. CV F 10-1775 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 18.) |
| COUNTY OF TULARE, | |
| Defendant. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;

2. VACATES all pending matters, including the February 21, 2012 settlement conference, May 9, 2012 pretrial conference, and June 19, 2012 trial; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   November 10, 2011**                    /s/ Lawrence J. O'Neill
                                                                                UNITED STATES DISTRICT JUDGE

1